# EXHIBIT A

**Barnett, Alex**

| | |
|---|---|
| **From:** | Brandy Gordon <bgordon26279@ucumberlands.edu> |
| **Sent:** | Monday, December 22, 2025 1:38 PM |
| **To:** | Barnett, Alex |
| **Cc:** | Isom, Alexandria |
| **Subject:** | Re: Requesting an additional week to respond |

**EXTERNAL SENDER – Proceed with caution**

Just to be clear I have filed a motion to compel your attendance for tomorrow and have made contact with the courts this morning.

Get Outlook for iOS

---

**From:** Barnett, Alex <Alex.Barnett@alston.com>
**Sent:** Monday, December 22, 2025 1:29:05 PM
**To:** Brandy Gordon <bgordon26279@ucumberlands.edu>
**Cc:** Isom, Alexandria <Alexandria.Isom@alston.com>
**Subject:** RE: Requesting an additional week to respond

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms. Gordon,

As you are aware, on December 19, 2025, I emailed the Courtroom Deputy to request a conference with the Court about the rescheduling of the Plaintiff's deposition.

To be clear, the deposition notice for December 23, 2025 has been withdrawn, and we intend to issue an amended notice for a date to be agreed upon. You do not need to appear for the deposition tomorrow, December 23, and you should not come to Alston & Bird's offices tomorrow.

Thank you,
Alex

**From:** Brandy Gordon <bgordon26279@ucumberlands.edu>
**Sent:** Friday, December 19, 2025 3:04 PM
**To:** Barnett, Alex <Alex.Barnett@alston.com>
**Cc:** Isom, Alexandria <Alexandria.Isom@alston.com>
**Subject:** Re: Requesting an additional week to respond

**EXTERNAL SENDER – Proceed with caution**

--The HIPPA authorizations are an additional request that you asked for even though you were in possession of all medical records Dec 3 from all providers.

--Additionally, the *additional* records you as for is a blanket query into all my illnesses since 2020 except the flu but again you received those on December 3rd.

**--Just to be clear I am not in agreement to change the deposition date from December 23, 2025 to January 26, or later.**

---

**From:** Brandy Gordon <bgordon26279@ucumberlands.edu>
**Sent:** Friday, December 19, 2025 2:28 PM
**To:** Barnett, Alex <Alex.Barnett@alston.com>
**Cc:** Isom, Alexandria <Alexandria.Isom@alston.com>
**Subject:** Re: Requesting an additional week to respond

The HIPPA authorizations are an additional request that you asked for even though you were in possession of all medical records Dec 3 from all providers.

---

**From:** Barnett, Alex <Alex.Barnett@alston.com>
**Sent:** Friday, December 19, 2025 2:19 PM
**To:** Brandy Gordon <bgordon26279@ucumberlands.edu>
**Cc:** Isom, Alexandria <Alexandria.Isom@alston.com>
**Subject:** RE: Requesting an additional week to respond

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms. Gordon,

We did not receive the HIPAA authorizations until December 5 and 11, 2025, and the subpoenaed documents are not due from Plaintiff's medical providers until after December 23, 2025. Plaintiff's former attorney provided *some* medical records from *some* providers, but not from all of the providers from whom SAE Institute Atlanta has subpoenaed records. Where Plaintiff has put her physical and mental health at issue, it is essential that SAE Institute Atlanta receive those documents prior to the Plaintiff's deposition.

We released you from the December 23, 2025 deposition date on December 3, 2025, and we need to explore dates in 2026 to take your deposition. Please let us know which of the following dates will work well for you:

- Monday, January 26
- Tuesday, January 27
- Thursday, January 29
- Monday, February 2
- Tuesday, February 3
- Wednesday, February 4
- Tuesday, February 10
- Thursday, February 12

Thank you,
Alex Barnett

---

**From:** Brandy Gordon <bgordon26279@ucumberlands.edu>
**Sent:** Friday, December 19, 2025 2:06 PM
**To:** Barnett, Alex <Alex.Barnett@alston.com>
**Cc:** Isom, Alexandria <Alexandria.Isom@alston.com>
**Subject:** Re: Requesting an additional week to respond

**EXTERNAL SENDER – Proceed with caution**

---

Additionally you already had a copy of the medical records production from the previous attorney

---

**From:** Brandy Gordon <bgordon26279@ucumberlands.edu>
**Sent:** Friday, December 19, 2025 2:02 PM
**To:** Barnett, Alex <Alex.Barnett@alston.com>
**Cc:** Isom, Alexandria <Alexandria.Isom@alston.com>
**Subject:** Re: Requesting an additional week to respond

I sent all that you asked for in response in the December 3rd email including a production of medical records

---

**From:** Barnett, Alex <Alex.Barnett@alston.com>
**Sent:** Friday, December 19, 2025 1:45 PM
**To:** Brandy Gordon <bgordon26279@ucumberlands.edu>
**Cc:** Isom, Alexandria <Alexandria.Isom@alston.com>
**Subject:** Re: Requesting an additional week to respond

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms. Gordon,

In our December 2, 2025 letter to you, we informed you that "Because your responses to SAE Institute Atlanta's discovery responses were deficient and we have not yet received all of the documents and information request, *we will need to reschedule your deposition for a date in early 2026*. We will propose some alternate dates after we receive the outstanding information and documents detailed in this letter."

We did not receive all of the signed HIPAA authorizations from you until December 5 and 11, 2025, and responses from the providers are not due to be produced until December 24 and 26, 2025. Without this information, we will not be able to proceed with your deposition on December 23, and we will need to explore dates in early 2026 as indicated in my previous correspondence. Please review the dates below and let us know when you'll be available on the proposed dates.

Thank you very much.

Sincerely,
Alex Barnett

---

**From:** Brandy Gordon <bgordon26279@ucumberlands.edu>
**Sent:** Friday, December 19, 2025 12:33:14 PM
**To:** Barnett, Alex <Alex.Barnett@alston.com>
**Cc:** Isom, Alexandria <Alexandria.Isom@alston.com>
**Subject:** Re: Requesting an additional week to respond

**EXTERNAL SENDER – Proceed with caution**

---

Or the address listed on the dsposition

---

**From:** Brandy Gordon <bgordon26279@ucumberlands.edu>
**Sent:** Friday, December 19, 2025 12:29 PM
**To:** Barnett, Alex <Alex.Barnett@alston.com>
**Cc:** Isom, Alexandria <Alexandria.Isom@alston.com>
**Subject:** Re: Requesting an additional week to respond

Why do we need to change the Dec 23 date? This is the day that you gave me without asking if I was available and I made arrangements for this date. I do not want to change it. I will be at your office on December 23.

---

**From:** Barnett, Alex <Alex.Barnett@alston.com>
**Sent:** Thursday, December 18, 2025 4:38 PM
**To:** Brandy Gordon <bgordon26279@ucumberlands.edu>
**Cc:** Isom, Alexandria <Alexandria.Isom@alston.com>
**Subject:** RE: Requesting an additional week to respond

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you, Ms. Gordon.  Can you please let me know on which of the following days you'll be available to be deposed in 2026:

- Monday, January 26
- Tuesday, January 27
- Thursday, January 29
- Monday, February 2
- Tuesday, February 3
- Wednesday, February 4
- Tuesday, February 10
- Thursday, February 12

Best regards,
Alex

4

**From:** Brandy Gordon <bgordon26279@ucumberlands.edu>
**Sent:** Thursday, December 11, 2025 1:10 PM
**To:** Barnett, Alex <Alex.Barnett@alston.com>
**Cc:** Isom, Alexandria <Alexandria.Isom@alston.com>
**Subject:** Re: Requesting an additional week to respond

**EXTERNAL SENDER – Proceed with caution**

See the attached release

**From:** Barnett, Alex <Alex.Barnett@alston.com>
**Sent:** Thursday, December 11, 2025 10:15 AM
**To:** Brandy Gordon <bgordon26279@ucumberlands.edu>
**Cc:** Isom, Alexandria <Alexandria.Isom@alston.com>
**Subject:** RE: Requesting an additional week to respond

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms. Gordon,

Thank you for your response.  Attached are the signed HIPAA authorization forms (Marrick, Northside, and Safeway Behavioral Health) that we received from you on Friday, 12/5.  We did not receive any of the following executed forms:

- BrainIDX HIPAA Authorization for Disclosure of Protected Health Information **and** Authorization for Disclosure of Psychotherapy Notes
- Josefina Bates HIPAA Authorization for Disclosure of Protected Health Information **and** Authorization for Disclosure of Psychotherapy Notes
- Marie Papini HIPAA Authorization for Disclosure of Protected Health Information **and** Authorization for Disclosure of Psychotherapy Notes

Please send the fully executed authorizations for the above-referenced providers.

Your social security number has not been "post[ed] into public record" or filed with the Court.  SAE Institute Atlanta has complied with and intends to continue complying with the Court's Standing Orders 04-02 and 08-02 regarding redaction.

Thank you.

Best,
Alex

**From:** Brandy Gordon <bgordon26279@ucumberlands.edu>
**Sent:** Thursday, December 11, 2025 7:50 AM
**To:** Barnett, Alex <Alex.Barnett@alston.com>
**Cc:** Isom, Alexandria <Alexandria.Isom@alston.com>
**Subject:** Re: Requesting an additional week to respond

5

**EXTERNAL SENDER – Proceed with caution**

---

All the forms you sent me I scanned and sent them back in a zipped file. I compared the documents, and I sent back exactly what you sent me. Check your records.

Additionally, please remove my social security number from any document you plan to post into public record.

---

**From:** Brandy Gordon <bgordon26279@ucumberlands.edu>
**Sent:** Thursday, December 11, 2025 7:39 AM
**To:** Barnett, Alex <Alex.Barnett@alston.com>
**Cc:** Isom, Alexandria <Alexandria.Isom@alston.com>
**Subject:** Re: Requesting an additional week to respond

All the forms you sent me I scanned and sent them back in a zipped file. I compared the documents, and I sent back exactly what you sent me. Check your records.

---

**From:** Barnett, Alex <Alex.Barnett@alston.com>
**Sent:** Wednesday, December 10, 2025 7:09 PM
**To:** Brandy Gordon <bgordon26279@ucumberlands.edu>
**Cc:** Isom, Alexandria <Alexandria.Isom@alston.com>
**Subject:** RE: Requesting an additional week to respond

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms. Gordon,

Attached please find correspondence sent to you today via U.S. Mail.

Thank you for sending us some of the HIPAA authorization forms. We are still awaiting fully executed copies of the following:

- BrainIDX HIPAA Authorization for Disclosure of Protected Health Information **and** Authorization for Disclosure of Psychotherapy Notes
- Josefina Bates HIPAA Authorization for Disclosure of Protected Health Information **and** Authorization for Disclosure of Psychotherapy Notes
- Marie Papini HIPAA Authorization for Disclosure of Protected Health Information **and** Authorization for Disclosure of Psychotherapy Notes

SAE Institute Atlanta is entitled to subpoena Plaintiff's medical records because she has placed her physical and mental health at issue by purporting to pursue monetary damages for medical expenses and compensatory damages for emotional distress, anxiety, depression, physical and emotional pain and suffering, loss of enjoyment of life/quality of life, and mental anguish. Notably, however, the U.S. Supreme Court has ruled that neither emotional distress nor punitive damages are recoverable in Title IX actions. *See Barnes v. Gorman*, 536 U.S. 181, 185 (2002); *Cummings v. Premier Rehab Keller PLLC*, 596 U.S. 212, 230 (2022); *J.C. v. Bd. of Regents of the Univ. Sys. of Ga.*, No. 1:20-CV-4445-JPB, 2023 U.S. Dist. LEXIS 133599, at *13-*14 (N.D. Ga. Aug. 1, 2023) (finding that "expenses for counseling and psychiatric treatment are not recoverable under Title IX post-*Cummings*" and "insofar as [plaintiff] seeks compensatory damages for these expenses, the Court finds that such damages would

redress emotional injuries and are therefore unavailable in a Title IX action"); *Doe v. Sch. Bd. of Palm Beach Cty.*, No. 21-81560-CIV-SINGHAL, 2022 U.S. Dist. LEXIS 211808, at *20-*21 (S.D. Fla. Nov. 22, 2022) (holding that "Plaintiff cannot recover emotional distress damages under her Title IX claims as a matter of law.").

Nevertheless, "[w]hen a litigant alleges matters that put [her] medical status at issue [she] waives the right to object to the discovery of [her] medical records." *Allen v. Blount (In re Cases.)*, No. 3:19cv963, 2022 U.S. Dist. LEXIS 64208, at *31 (N.D. Fla. Feb. 2, 2022) (citing *Sanchez v. McCray*, 349 F. App'x 479, 483 (11th Cir. 2009) ("the district court properly overruled [the plaintiff's] objection to the admission of his medical records. . . . [The Plaintiff] put his medical status at issue, and thus his medical records were admissible as evidence"); *Collins v. Frank Mgmt., LLC*, No. 09-81554-Civ-DIMITROULEAS/S, 2009 U.S. Dist. LEXIS 139166, at *4 (S.D. Fla. Sep. 4, 2009) ("The Court finds that the plaintiff, by seeking specific damages for ongoing therapy and medication for the depression and anxiety arising from his loss of employment, has placed his mental health at issue.").

Accordingly, please send us signed and dated copies of the above-referenced HIPAA Authorizations by Friday, December 12, 2025, so we can proceed with subpoenaing the medical records.

Thank you,
Alex

**From:** Brandy Gordon <bgordon26279@ucumberlands.edu>
**Sent:** Friday, December 5, 2025 12:19 PM
**To:** Barnett, Alex <Alex.Barnett@alston.com>
**Cc:** Isom, Alexandria <Alexandria.Isom@alston.com>
**Subject:** Re: Requesting an additional week to respond

**EXTERNAL SENDER – Proceed with caution**

Signed HIPPA attached

**From:** Brandy Gordon <bgordon26279@ucumberlands.edu>
**Sent:** Thursday, December 4, 2025 9:38 PM
**To:** Barnett, Alex <Alex.Barnett@alston.com>
**Cc:** Isom, Alexandria <Alexandria.Isom@alston.com>
**Subject:** Re: Requesting an additional week to respond

Can you sight the rule that requires me to sign and authorization.

**From:** Barnett, Alex <Alex.Barnett@alston.com>
**Sent:** Thursday, December 4, 2025 5:45 PM
**To:** Brandy Gordon <bgordon26279@ucumberlands.edu>
**Cc:** Isom, Alexandria <Alexandria.Isom@alston.com>
**Subject:** RE: Requesting an additional week to respond

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms. Gordon,

Thank you for providing these additional documents and information. We are still reviewing them in detail, but

7

upon our initial review, the signed HIPAA authorizations do not appear to be attached. Please send us the signed and dated HIPAA authorizations. For your convenience, I am reattaching them to this email.

Thank you,
Alex

**From:** Brandy Gordon <bgordon26279@ucumberlands.edu>
**Sent:** Wednesday, December 3, 2025 12:28 PM
**To:** Barnett, Alex <Alex.Barnett@alston.com>
**Cc:** Isom, Alexandria <Alexandria.Isom@alston.com>
**Subject:** Re: Requesting an additional week to respond

**EXTERNAL SENDER – Proceed with caution**

### Interrogatory 1 and Request No. 1
Any production related to interrogatory 1 and Request No. 1 is attached to this email.

### Interrogatory 2 and request No.2
Any production related to interrogatory 2 and request No. 2 are attached to this email.

### Request No.3
I do not have any documents relating to this request

### Interrogatory No. 4
See the attached document that says Journaling

### Request No. 5 and Interrogatory 5
See attached documents

### Request No. 6
See attached documents

### Interrogatory 6
Hillcrest Highschool 1995-1998
State University of New York - College at Old Westbury, computer science- 1998-1999
City University of New York - Queensborough Community College, Business- 2002 -2004
**Associates of Science - 2004**
City University of New York - York College, Business/Pre-Med 2004 - 2007
**Bachelors of Science- 2007**
State University of New York - Downstate Medical School, Medical Student 2007- 2008
City University of New York - City College, Chemical Engineering 2008
City University of New York - Queens College, Chemistry 2008 -2009
Clayton State University, Chemistry -2010
Arizona state University, Software Engineering 2019 -2020
SAE Institute Audio Engineering, 2022
Kennesaw state University, Software Engineering, 2022

8

Maryville University, Cybersecurity, 2022 - 2024
**Masters of Science - 2024**
University of the Cumberlands, Doctor of Philosophy IT specialty Digital Forensics - 2024-2027
**Doctor of Philosophy PhD(c) - 2027**

**Interrogatory 10**
Various 1995 - 1998 compensation ~ about $10hr to $11hr
People Care - Coordinator - 1998 -1999 - $18hr
Better Home health Care - Coordinator - 1999- 2000 $18hr
City University of New York - Lab tech - 2006-2007
Intuit, Security engineer 2023 - 2024 - 36$/hr
Standardized Test Administrator - Authorized to administer the Stafford and IOWA standardized test, Authorized by BJU press testing (self employed)2009 - present - No income
Certified Digital Forensics Examiner MCFE, - 2024 -present - (self-employed)No income

**Request No.7**
See attached Documents

**Request No.8**
Attached to this email is the withdrawal email

**Request No.10**
Attached to the Email is an exchange between the Plaintiff and Ken Hause and Kyle Goldman

**Request No. 11**
The plaintiff has no documents related to this request.

**Request No. 13**
I have no estimated attorney's fees at this time


**Request 15 and Interrogatory 12**
See the also th**e updated damages file attached to email**

9

| Damage Category | Specific Items | Value |
|---|---|---|
| Economic Damages compensatory | | $110,000 |
| | Estimated lifetime Future Medical Expenses | $55,000 (National Sexual Violence Resource center - Financial Burden of Sexual Violence |
| | Projected Therapy & Counseling Cost | $45,000 (calculated based Past treatment) |
| | Future Travel Expenses to appointments | $10,000 |
| Non-Economic Damages. Compensatory | | $330,000 (calculated using the multiplier method 3x economic damages) |
| | Emotional distress, anxiety, & depression | Included above |
| | Pain and suffering (physical & emotional) | Included above |
| | Loss of enjoyment of life/quality of life | Included above |
| | Mental anguish (e.g., PTSD, anxiety) | Included above |
| | Loss of enjoyment of life/quality of life | Included above |
| Punitive Damages | | $75,000 |

**Request No. 17 and Interrogatory 15,16, and 17**
See attached medical records and bills

**Interrogatory No. 18 Request No.18 and 19**
Other than medical providers from medical records. I have no experts at this time

**Interrogatory No. 20**
The defendant has written the plaintiff's Name, address, date of birth, and social security number are on the HIPPA authorization form attached to this email.

**Request No. 21**
See attached documents

**Request No. 22**
See the attached documents . There are no additional documents to submit

**Request for Admission No 5 and Request No. 24**

This is Admission is compounded "Admit that Plaintiff did not experience any
further mistreatment" or "contact with the security guard after her initial report to SAE Institute Atlanta on July 21, 2022." My answer is deny for both parts. Because I continued to be mistreated by the defendant

10

and I made a complaint to several of the defendant employees before, on and after July 21,2022. This was done orally and in emails.

**From:** Barnett, Alex <Alex.Barnett@alston.com>
**Sent:** Tuesday, December 2, 2025 1:46 PM
**To:** Brandy Gordon <bgordon26279@ucumberlands.edu>
**Cc:** Isom, Alexandria <Alexandria.Isom@alston.com>
**Subject:** RE: Requesting an additional week to respond

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms. Gordon,

Please see attached.

Regards,

Alex

**From:** Brandy Gordon <bgordon26279@ucumberlands.edu>
**Sent:** Friday, November 28, 2025 6:38 PM
**To:** Barnett, Alex <Alex.Barnett@alston.com>
**Cc:** Isom, Alexandria <Alexandria.Isom@alston.com>
**Subject:** Re: Requesting an additional week to respond

**EXTERNAL SENDER – Proceed with caution**



[Response to admission_.docx](#)

[Response to Interrogatories Nov_28-2024.docx](#)

[Response to production.docx](#)

[SAE institute call jessica rivas (1).m4a](#)   [SAE text JR.jpeg](#)

[Gordon_PR.pdf](#)   [Brandy G._ Incident Report (APD)(1).pdf](#)

**From:** Barnett, Alex <Alex.Barnett@alston.com>
**Sent:** Monday, November 17, 2025 9:26 AM
**To:** Brandy Gordon <bgordon26279@ucumberlands.edu>
**Cc:** Isom, Alexandria <Alexandria.Isom@alston.com>
**Subject:** RE: Requesting an additional week to respond

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms. Gordon,

SAE Institute Atlanta is agreeable to the requested one-week extension of time for you to serve your discovery responses.  We look forward to receiving them on Friday, November 28.

Sincerely,

Alex

From: Brandy Gordon <bgordon26279@ucumberlands.edu>
Sent: Monday, November 17, 2025 8:37 AM
To: Barnett, Alex <Alex.Barnett@alston.com>
Cc: Isom, Alexandria <Alexandria.Isom@alston.com>
Subject: Requesting an additional week to respond

**EXTERNAL SENDER – Proceed with caution**

I am writing to ask if you can please give me an additional week to respond to your discovery

I will have it to you by November 28,2025.

Please let me know if this is something you can do

Thank you

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.